UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

GABRIEL MCCOURT, :
                           :
            Plaintiff, :    Case No.: 1:20-CV-5326-PGG
                           :
        -against- :
                           :
TERRAFORM POWER, INC., BRIAN :
LAWSON, CAROLYN J. BURKE, :
CHRISTIAN S. FONG, HARRY GOLDGUT, :
RICHARD LEGAULT, MARK :
MCFARLAND, and SACHIN SHAH, :
                           :
          Defendants. :

------------------------------------- X

## <u>NOTICE OF DISMISSAL</u>

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff Gabriel McCourt voluntarily dismisses his claims in the above-captioned

action against Defendants as moot. This notice of dismissal is being filed with the Court before

service by Defendants of either an answer or a motion for summary judgment.


Dated: September 25, 2020                      Respectfully Submitted,

                                        **MONTEVERDE & ASSOCIATES PC**

                                        */s/ Juan E. Monteverde*_____
                                        Juan E. Monteverde (JM-8169)
                                        The Empire State Building
                                        350 Fifth Avenue, Suite 4405
                                        New York, New York 10118
                                        Tel: 212-971-1341
                                        Fax: 212-202-7880

                                        *Attorney for Plaintiff*